# Sentencing Exhibit 1

*United States v. Tucker*, CR 16-1065-PHX-DLR
Twitter Direct Message

**March 14, 2015**

| | |
|---|---|
| @_Bitcoin_Baron_ | I'm attacking City of Madison right now. Lololololol |
| @merryanarchy | Don't admit it ! You're gonna get busted! Lolol! |
| @_Bitcoin_Baron_ | I'm not scared. I'm gonna tweet it. |
| @_Bitcoin_Baron_ | I'm attacking city of madison again. LOL |
| @_Bitcoin_Baron_ | Trying different ways of attacking it. Just gotta think of how I can bypass their bullshit blocking my attacks. |
| @_Bitcoin_Baron_ | They're watching that shit closely. LOL |
| @_Bitcoin_Baron_ | I'm not least bit cautious. Cause I know I can get away with it. LOL |