# Sentencing Exhibit 2

*United States v. Tucker*, CR 16-1065-PHX-DLR
March 12, 2015, Email

**Subject:** Anonymous Didn't Take Down City of Madison I did.
**From:** Bitcoin Baron
**Date:** 3/12/2015 7:28 AM
**To:** news@chippewa.com

Get your story straight. That ignorant police chief or whatever he is, is a lying sack of shit... Anonymous didn't do anything at all. I'm gonna tell you right now edit your article about how "Anonymous claims credit" and put Bitcoin Baron or else I will crash your site next.

https://www.youtube.com/watch?v=KanfsI5DYMY

- Bitcoin Baron

1