# Sentencing Exhibit 3

*United States v. Tucker*, CR 16-1065-PHX-DLR
Skype Conversations Recovered from Tucker's Computer

## March 3, 2015

| | | | |
|---|---|---|---|
| Bitcoin Baron | 03/03/2015 08:54:36 PM | Wanna see something interesting? |
| ÇØČÅ ĆŌŁÃ | 03/03/2015 08:54:47 PM | Sure |
| Bitcoin Baron | 03/03/2015 08:54:52 PM | &lt;a href="http://kxan.com/2015/03/03/apparent-hacking-targets-san-marcos-pd-and-city-websites/"&gt;http://kxan.com/2015/03/03/apparent-hacking-targets-san-marcos-pd-and-city-websites/&lt;/a&gt; |
| Bitcoin Baron | 03/03/2015 08:55:52 PM | I got in the news with ease |
| Bitcoin Baron | 03/03/2015 08:55:55 PM | LOL |
| ÇØČÅ ĆŌŁÃ | 03/03/2015 08:56:22 PM | LOL WOW |
| ÇØČÅ ĆŌŁÃ | 03/03/2015 08:56:42 PM | Won't you get... arrested? |
| Bitcoin Baron | 03/03/2015 08:56:44 PM | Nah |
| Bitcoin Baron | 03/03/2015 08:56:47 PM | I done this for 2 years |
| Bitcoin Baron | 03/03/2015 08:56:49 PM | haven't been caught |
| ÇØČÅ ĆŌŁÃ | 03/03/2015 08:57:26 PM | Yeah but you confessed, so... |
| Bitcoin Baron | 03/03/2015 08:57:28 PM | The FBI probably investigated my youtube channel and gmail acc in the past |
| Bitcoin Baron | 03/03/2015 08:57:34 PM | and? |
| Bitcoin Baron | 03/03/2015 08:57:52 PM | I use a VPN |
| ÇØČÅ ĆŌŁÃ | 03/03/2015 08:58:03 PM | Ah, I see |
| ÇØČÅ ĆŌŁÃ | 03/03/2015 08:58:14 PM | You have some guts |
| Bitcoin Baron | 03/03/2015 08:58:18 PM | thx |
| Bitcoin Baron | 03/03/2015 08:58:26 PM | There's more articles on it |

## March 4, 2015

| | | | |
|---|---|---|---|
| Bitcoin Baron | 03/04/2015 02:33:50 PM | I DDoS shit like city websites |
| Bitcoin Baron | 03/04/2015 02:33:54 PM | and police departments |
| Bitcoin Baron | 03/04/2015 02:33:57 PM | I also Swat people |
| skarz1993 | 03/04/2015 02:34:39 PM | I only did it because |
| skarz1993 | 03/04/2015 02:34:44 PM | in the gta 4 pilot community |
| skarz1993 | 03/04/2015 02:34:47 PM | everyone was doing it |
| Bitcoin Baron | 03/04/2015 02:34:58 PM | lol |
| Bitcoin Baron | 03/04/2015 02:35:06 PM | It's more fun to attack sites and big games. |
| skarz1993 | 03/04/2015 02:35:43 PM | yeah that's true, but yeah, idk it's not smart to do that because you will get caught, but if it's true |
| skarz1993 | 03/04/2015 02:35:45 PM | what they say |
| skarz1993 | 03/04/2015 02:35:51 PM | you're going to prison anyway |
| Bitcoin Baron | 03/04/2015 02:35:54 PM | I've never gotten caught |
| Bitcoin Baron | 03/04/2015 02:35:58 PM | I've done this for 2 years |

# Sentencing Exhibit 3

*United States v. Tucker*, CR 16-1065-PHX-DLR
Skype Conversations Recovered from Tucker's Computer

| | | | |
|---|---|---|---|
| skarz1993 | 03/04/2015 02:36:07 PM | it depends on if people actually |
| skarz1993 | 03/04/2015 02:36:10 PM | report you really |
| skarz1993 | 03/04/2015 02:36:13 PM | most websites |
| skarz1993 | 03/04/2015 02:36:15 PM | brush off attacks |
| Bitcoin Baron | 03/04/2015 02:36:23 PM | I DDoSed city websites who say they contacted the FBI |
| Bitcoin Baron | 03/04/2015 02:36:24 PM | LOL |
| Bitcoin Baron | 03/04/2015 02:36:38 PM | FBI is shit |
| skarz1993 | 03/04/2015 02:36:39 PM | it's hard to trace the IP unless |
| skarz1993 | 03/04/2015 02:36:42 PM | they know how you're masking it |
| Bitcoin Baron | 03/04/2015 02:36:57 PM | They can have fun trying to get my VPN IP or Tor |
| skarz1993 | 03/04/2015 02:37:46 PM | I mean there are some pretty common ones I could think of |
| skarz1993 | 03/04/2015 02:38:08 PM | expressVPN |
| skarz1993 | 03/04/2015 02:38:12 PM | HideMyAss |
| skarz1993 | 03/04/2015 02:38:14 PM | Kepard |
| Bitcoin Baron | 03/04/2015 02:38:17 PM | hidemyass logs |
| skarz1993 | 03/04/2015 02:38:18 PM | CyberGhost |
| Bitcoin Baron | 03/04/2015 02:38:19 PM | LOL |
| skarz1993 | 03/04/2015 02:38:51 PM | has gene actually |
| skarz1993 | 03/04/2015 02:38:54 PM | managed to block your attacks? |
| skarz1993 | 03/04/2015 02:38:55 PM | LOL |
| Bitcoin Baron | 03/04/2015 02:42:34 PM | no |
| Bitcoin Baron | 03/04/2015 02:42:42 PM | I just got bored in attacking his shit |
| Bitcoin Baron | 03/04/2015 02:42:53 PM | I started attacking Police Department sites |
| Bitcoin Baron | 03/04/2015 02:43:28 PM | He still uses the same servers as before |
| skarz1993 | 03/04/2015 02:44:14 PM | it's hard to stop ddos because mitigation systems |
| skarz1993 | 03/04/2015 02:44:17 PM | are only semi reliable |
| Bitcoin Baron | 03/04/2015 02:44:37 PM | why leave |
| Bitcoin Baron | 03/04/2015 02:45:22 PM | amen to that |

### March 8, 2015

| | | | |
|---|---|---|---|
| Bitcoin Baron | 03/08/2015 01:38:34 AM | Who needs to show off by shutting someones net off? |
| Bitcoin Baron | 03/08/2015 01:38:37 AM | when Ican attack gov sites |
| Bitcoin Baron | 03/08/2015 01:38:45 AM | and get on the news again |

### March 9, 2015

| | | | |
|---|---|---|---|
| xxxalicjaxx1 | 03/09/2015 08:05:55 PM | What are u doing |
| Bitcoin Baron | 03/09/2015 08:06:02 PM | DDoSing a police department site |

# Sentencing Exhibit 3

*United States v. Tucker*, CR 16-1065-PHX-DLR
Skype Conversations Recovered from Tucker's Computer

| | | |
|---|---|---|
| xxxalicjaxx1 | 03/09/2015 08:07:09 PM | Wtf |
| xxxalicjaxx1 | 03/09/2015 08:07:13 PM | Stop ot |
| Bitcoin Baron | 03/09/2015 08:07:15 PM | no |
| Bitcoin Baron | 03/09/2015 08:07:20 PM | I told you |
| xxxalicjaxx1 | 03/09/2015 08:07:20 PM | Yea |
| xxxalicjaxx1 | 03/09/2015 08:07:24 PM | STOP |
| Bitcoin Baron | 03/09/2015 08:07:24 PM | I'm getting subs for my youtube channel |
| Bitcoin Baron | 03/09/2015 08:07:27 PM | xD |
| xxxalicjaxx1 | 03/09/2015 08:07:29 PM | <ss type="speechless">:\|</ss> |
| M N | 03/09/2015 08:07:29 PM | hi |
| Bitcoin Baron | 03/09/2015 08:07:33 PM | Hey |
| Bitcoin Baron | 03/09/2015 08:07:35 PM | <ss type="smile">:)</ss> |
| Bitcoin Baron | 03/09/2015 08:07:51 PM | How are you doing? |
| Bitcoin Baron | 03/09/2015 08:08:15 PM | I've done this a lot |
| Bitcoin Baron | 03/09/2015 08:08:24 PM | I haven't been caught in the 2 years I've been doing this. |
| M N | 03/09/2015 08:08:25 PM | fine, just got back from work |
| M N | 03/09/2015 08:08:28 PM | you? |
| Bitcoin Baron | 03/09/2015 08:08:41 PM | DDoSing a police department site |
| Bitcoin Baron | 03/09/2015 08:08:49 PM | So im good |
| Bitcoin Baron | 03/09/2015 08:08:52 PM | <ss type="yes">(y)</ss> |
| M N | 03/09/2015 08:08:55 PM | lmao |

### March 10, 2015

| | | |
|---|---|---|
| Nigga | 03/10/2015 10:10:34 PM | But won't they be able to get into your skype? |
| Bitcoin Baron | 03/10/2015 10:10:47 PM | They don't know I have a Skype. |
| Bitcoin Baron | 03/10/2015 10:10:52 PM | and even if they did |
| Bitcoin Baron | 03/10/2015 10:10:54 PM | Won't do much |
| Nigga | 03/10/2015 10:12:45 PM | You're quite smart |
| Bitcoin Baron | 03/10/2015 10:13:10 PM | I've evaded other FBI investigations they are not that intelligent. |

### March 11, 2015

| | | |
|---|---|---|
| Bitcoin Baron | 03/11/2015 02:11:02 PM | attacking a childrens hospital |
| Bitcoin Baron | 03/11/2015 02:11:05 PM | ftw |
| ∆ King Ghøst | 03/11/2015 02:11:40 PM | ... why? |
| Bitcoin Baron | 03/11/2015 02:11:52 PM | Cause I can |
| ∆ King Ghøst | 03/11/2015 02:15:26 PM | You're aware if the FBI tries hard they can track you right? |
| ∆ King Ghøst | 03/11/2015 02:15:40 PM | And what would you even say your Lawyers |

3

# Sentencing Exhibit 3

*United States v. Tucker*, CR 16-1065-PHX-DLR
Skype Conversations Recovered from Tucker's Computer

| | | |
|---|---|---|
| ∆ King Ghøs† | 03/11/2015 02:15:47 PM | if that did happen man… Just think about it |
| ∆ King Ghøs† | 03/11/2015 02:15:52 PM | Life is precious |
| Bitcoin Baron | 03/11/2015 02:16:27 PM | LMFAO |
| Bitcoin Baron | 03/11/2015 02:16:31 PM | You do know |
| Bitcoin Baron | 03/11/2015 02:16:33 PM | FBI cant catch me |
| ∆ King Ghøs† | 03/11/2015 02:16:46 PM | Man, anything can happen |
| ∆ King Ghøs† | 03/11/2015 02:16:50 PM | everything is possible |
| Bitcoin Baron | 03/11/2015 02:17:10 PM | ok so why ain't I in prison now for DDoSing for 2 years? |

## March 13, 2015

| | | |
|---|---|---|
| zhilohthecreator | 03/13/2015 01:21:19 AM | devil why do you think ddosing a hospital is cool |
| punk.sof | 03/13/2015 01:21:22 AM | I called ghost |
| zhilohthecreator | 03/13/2015 01:21:24 AM | its really not |
| punk.sof | 03/13/2015 01:21:25 AM | a potato |
| punk.sof | 03/13/2015 01:21:26 AM | LOL |
| Bitcoin Baron | 03/13/2015 01:21:28 AM | I don't think it's cool |
| intrusi0n. | 03/13/2015 01:21:30 AM | DDoS p0ison |
| intrusi0n. | 03/13/2015 01:21:32 AM | p0ison.org |
| grimoireweiss123 | 03/13/2015 01:21:32 AM | But seriously though |
| Bitcoin Baron | 03/13/2015 01:21:33 AM | I'm thinking I'm getting on the news. |
| zhilohthecreator | 03/13/2015 01:21:34 AM | so why are you doing it |
| intrusi0n. | 03/13/2015 01:21:37 AM | They'll be glad dealing with you |
| grimoireweiss123 | 03/13/2015 01:21:37 AM | Idk why Nox posted that on my wall, |
| Bitcoin Baron | 03/13/2015 01:21:38 AM | to get on the news |
| Bitcoin Baron | 03/13/2015 01:21:39 AM | LOL |

## March 16, 2015

| | | |
|---|---|---|
| Bitcoin Baron | 03/16/2015 02:35:29 PM | I just got done threatening a city |
| Bitcoin Baron | 03/16/2015 02:35:50 PM | Told them to send me 100 bitcoins in exchange for the personnel files I have |